AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ABRAHAM LOPEZ, ALEX PEREZ, CELSO IBAÑEZ, DONAL BARRIOS, EUGENIO REYES VALDEZ, and RIGOBERTO PEREZ, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,<br><br>*Plaintiff(s)*<br>v.<br>PIO PIO NYC, INC. et al.<br>(See Rider)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   C.K. Lee, Esq.,
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor,
New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/14/2025                                                /S/ V. BRAHIMI
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## **SUMMONS RIDER**

DEFENDANTS

PIO PIO NYC, INC. d/b/a PIO PIO, SIPAN RESTAURANT OF NEW YORK, INC. d/b/a PIO PIO, PIO PIO OCHO, INC. d/b/a PIO PIO, PIO PIO 34, INC. d/b/a PIO PIO, PIO PIO 85, INC. d/b/a PIO PIO, PIO PIO EXPRESS, INC. d/b/a PIO PIO EXPRESS, POLLOS A LA BRASA PIO, PIO, INC. d/b/a PIO PIO, PIO-PIO RESTAURANT, INC. d/b/a PIO PIO, EL PILLO INC. d/b/a AMARU, MOCHICA GROUP CORP., INES YALLICO, and AUGUSTO YALLICO,

DEFENDANT(S) ADDRESS(ES)

- PIO PIO NYC, INC.
  c/o AUGUSTO YALLICO
  264 Cypress Avenue
  Bronx, NY 10454
- SIPAN RESTAURANT OF NEW YORK, INC.
  c/o AUGUSTO YALLICO
  702 Amsterdam Avenue
  New York, NY 10025
- PIO PIO OCHO, INC.
  3268 85th Street
  East Elmhurst, NY 11370
- PIO PIO 34, INC.
  c/o AUGUSTO YALLICO
  210 East 34th Street
  New York, NY 10016
- PIO PIO 85, INC.
  c/o AUGUSTO YALLICO
  84-21 Northern Boulevard
  Jackson Heights, NY 11372
- PIO PIO EXPRESS, INC.
  c/o AUGUSTO YALLICO
  1746 First Ave.
  New York, NY 10128
- POLLOS A LA BRASA PIO, PIO, INC.
  c/o AUGUSTO YALLICO
  62-30 Woodhaven Boulevard
  Rego Park, NY 11374
- PIO-PIO RESTAURANT, INC.
  c/o AUGUSTO YALLICO
  1746 First Avenue
  New York, NY 10128
- EL PILLO INC.
  84-13 Northern Boulevard
  Jackson Heights, NY 11372
- MOCHICA GROUP CORP.
  3268 85th Street
  East Elmhurst, NY 11370

- INES YALLICO
  c/o MOCHICA GROUP CORP.
  3268 85th Street
  East Elmhurst, NY 11370
  (Queens County)
- AUGUSTO YALLICO
  c/o MOCHICA GROUP CORP.
  3268 85th Street
  East Elmhurst, NY 11370