UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABRAHAM LOPEZ, et al.,

                  Plaintiffs,

  -against-

PIO PIO NYC, INC., et al.,

                  Defendants.

25-CV-03998 (JMF) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated May 15, 2025 (ECF 11), Judge Jesse M. Furman referred this case to me for settlement.

      A settlement conference is scheduled for **Monday, August 4, 2025 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY.

      If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **July 18, 2025**, to propose three alternative dates and times for the settlement conference during the week of August 4, 2025.

      The parties are instructed to complete the Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **July 28, 2025**, **at 5:00 p.m**.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference.

      If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: July 14, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge