UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ABRAHAM LOPEZ et al.,                                                    :
                                                                         :
                              Plaintiffs,                                :       25-CV-3998 (JMF)
                                                                         :
               -v-                                                       :       ORDER WITHDRAWING
                                                                         :       REFERENCE TO
PIO PIO NYC, INC.,                                                       :       MAGISTRATE JUDGE
                                                                         :
                              Defendants.                                :
                                                                         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 15, 2025, the Court referred this case to Magistrate Judge Tarnofsky for settlement purposes. *See* ECF No. 11. It is hereby ORDERED that the reference is WITHDRAWN.

      SO ORDERED.

Dated: July 29, 2025
       New York, New York
                                                  _____
                                                        JESSE M. FURMAN
                                                      United States District Judge