### LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

<u>Via ECF</u>                                                                                                                 July 30, 2025
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Lopez et al v. Pio Pio NYC, Inc. et al*
                <u>Case No. 1:25-cv-03998</u>

Dear Judge Furman:

    We represent Plaintiff in the above-referenced matter and write jointly with counsel for Defendants to respectfully request that the Court refer this case to the SDNY Mediation Program. In light of this request, the parties also jointly request that the settlement conference currently scheduled for August 4, 2025, at 2:00 p.m. be adjourned.

    We thank the Court for its kind consideration.

Respectfully submitted,

<u>/s/ C.K. Lee</u>

cc: all parties via ECF

> The Court has already referred the case to the Court-annexed mediation program, ECF No. 31, and the Magistrate Judge has already adjourned the August 4, 2025 conference *sine die,* ECF No. 33. The Clerk of Court is directed to terminate ECF No. 34.
>
> SO ORDERED.
>
> *[signature]*
>
> July 30, 2025