# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:     (212) 465-1188
                     cklee@leelitigation.com                     September 10, 2025

**<u>Via ECF</u>**
The Honorable Jesse Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

                     Re:     *Lopez et. al. v. Pio Pio NYC, Inc. et. al.*
                             <u>Case No. 1:25-cv-03998</u>

Honorable Judge Furman:

        We are counsel to Plaintiff in the above referenced matter. We write jointly with
Defendants pursuant to Your Honor's September 8, 2025 and July 29, 2025 Orders.

        The Parties agreed to mediate the above referenced matter with Richard I. Janvey on
October 10, 2025, and respectfully request the adjournment of the initial pre-trial conference from
Thursday, September 18 at 9:00 a.m. [Dkt. 31] to October 17, 2025, or any other date that the
Court deems convenient. This is the parties' first request to adjourn the initial conference. There
are no other existing deadlines.

        We thank the Court for Its kind consideration.

Respectfully submitted,

<u>/s/ C.K. Lee, esq.</u>
C.K. Lee, Esq.

cc: all parties via ECF


Application GRANTED.  The initial pretrial conference is hereby rescheduled for
October 23, 2025 at 9:00 am.  The Clerk of Court is directed to terminate ECF No. 41.


        SO ORDERED.

        September 10, 2025