

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
3 Huntington Quadrangle, Suite 102S, Melville, New York 11747
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

Amy M. Monahan
Partner
amonahan@lbcclaw.com
Direct Dial:  516-837-7385

September 25, 2025

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York  10007

  Re: *Abraham Lopez, et al. v. Pio Pio NYC, Inc. d/b/a Pio Pio, et al.*
    Case No.:  25-cv-03998

Dear Judge Furman:

  We represent the Defendants in this matter and write in response to Plaintiffs' letter motion dated September 23, 2205 (Doc. No. 43).  The motion should be denied.  Defendants never refused to produce documents, rather, our office required time and I had communicated that to Plaintiffs' counsel on prior occasions.

  Defendants have every intention of participating in a meaningful and productive mediation session on this matter.  To that end, our office has been working diligently to review, redact, and bates stamp voluminous employment records from our clients.  Today, we served the employee file and the time and payment records for each of the six named Plaintiffs on Plaintiffs' counsel. These records span six years and 869 pages of documents spanning over six years.  Thus, we request that the Court deny Plaintiffs' letter motion for an order compelling production of Plaintiffs' documents as moot.

  We are confident these records demonstrate there is no merit to Plaintiffs' claims.  In fact, no meal credit was deducted from employees' compensation, there is no evidence to support the time-shaving claims, and the wage notices provided to the Plaintiffs are accurate.  The only other item outstanding is a copy of the employee handbook and we expect to produce that within the week.

*In light of Defendants' representations, the Court assumes that Plaintiffs' letter motion is moot.  (If not, Plaintiffs may renew it.)  Going forward, the parties should try to do a better job of meeting and conferring in good faith before seeking relief from the Court.  The Clerk of Court is directed to terminate ECF No. 43.*

Respectfully submitted,

*Amy M. Monahan*

Amy M. Monahan

AMM/aml
cc: C.K. Lee, Esq.

SO ORDERED.

*[signature]*

September 26, 2025