

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
3 Huntington Quadrangle, Suite 102S, Melville, New York 11747
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

Amy M. Monahan
Partner
amonahan@lbcclaw.com

Direct Dial:  516-837-7385

October 10, 2025

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007--1312

      Re:    *Abraham Lopez, et al. v. Pio Pio NYC, Inc. d/b/a Pio Pio, et al.*
             Case No.:  25-cv-03998

Dear Judge Furman:

      We represent all the Defendants in this matter.  We write jointly with Plaintiffs' counsel to advise the Court of developments regarding mediation and to request that the initial pretrial conference, currently scheduled for October 23, 2025 at 9:00 a.m., be adjourned to minimize litigation costs while the parties continue in the Court's Mediation Program.  This case was referred to the Court's Mediation Program by Mediation Referral Order dated July 29, 2025 (Doc. No. 31).

      Defendants have produced voluminous documentation consisting of the clock-in/out reports, paystubs, and employment files for the six named Plaintiffs.  The parties were scheduled to appear for mediation with the court appointed mediator on October 10, 2025.  However, the mediator has adjourned the session to allow for exchange of additional information which will be more helpful for the mediation process.  We anticipate that the mediation will take place before the end of the month, but not before October 23.  Thus, the parties jointly request that the Court adjourn the initial pretrial conference to a date after November 6, 2025.

                        Respectfully submitted,

                        Amy M. Monahan

AMM/aml
cc:   C.K. Lee, Esq.
       Chloe Lam

Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to **November 13, 2025 at 9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 47.

SO ORDERED.

October 10, 2025