

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
3 Huntington Quadrangle, Suite 102S, Melville, New York 11747
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

Amy M. Monahan
Partner
amonahan@lbcclaw.com

Direct Dial:  516-837-7385

November 6, 2025

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

    Re:    *Abraham Lopez, et al. v. Pio Pio NYC, Inc. d/b/a Pio Pio, et al.*
            Case No.:  25-cv-03998

Dear Judge Furman:

    We represent all Defendants in this matter which is scheduled for the Initial Pre-Trial Conference on November 13, 2025.  For the reasons set forth below, Defendants respectfully request that the conference and submission of a Proposed Case Management Plan be adjourned to allow time for exchange of additional information in advance of a mediation session with the Court appointed mediator which is scheduled for November 20, 2025.  Plaintiffs consent to this request.

    This matter was referred to the Court's mandatory mediation program and the parties have had ongoing discussions with each other and the mediator to narrow and clarify the issues to be addressed at the anticipated mediation.  The request to adjourn is made to limit litigation expenses and allow the parties to focus on preparing for and participating in the mediation on November 20, 2025.  If the Court declines the request, we are available for the conference as scheduled on November 13, 2025 at 9 a.m. or on any other day next week for a telephonic conference.

                                      Respectfully submitted,

                                      Amy M. Monahan

AMM/aml

    cc:    C.K. Lee, Esq.
            Chloe Lam

Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to **December 4, 2025 at 9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 51.

SO ORDERED.

November 7, 2025