LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
INFO@LEELITIGATION.COM

**Via ECF:**

July 8, 2026

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Lopez v. Pio Pio NYC, Inc. et al.*
Case No. 1:25-cv-03998

Dear Judge Furman:

We are counsel to Plaintiff in the above-referenced matter. We write jointly with Defendants to inform the Court that the parties have agreed to attempt a class mediation and to request that the Court stay all proceedings.

After several discussions, the parties have agreed to engage in private mediation utilizing Raymond Nardo as mediator. The parties have scheduled this mediation for August 13, 2026, which is the earliest available date that works for Mr. Nardo and the parties. The parties submit that the stay requested herein will promote the efficient use of resources in this case, as a successful mediation will avoid the unnecessary expenditure of resources by the parties and this Court on motion practice and discovery-related matters. The parties believe that Mr. Nardo, who is an experienced and highly regarded mediator of complex FLSA cases, has the specific background the parties need to generate the best chance at a successful settlement.

Additionally, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter by August 27, 2026. If the parties are unable to reach a resolution at mediation, the parties propose that they, with their joint letter, submit a new Scheduling Order.

As part of the agreement to mediation, the parties have agreed to toll the claims of putative collective members as of July 7, 2026 through August 27, 2026.

We thank Your Honor for his time and consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*

Application GRANTED in part. The parties shall file a status letter on the outcome of mediation **no later than August 27, 2026.** To allow the parties to focus on mediation, moreover, the discovery deadlines set forth in the Case Management Plan and Scheduling Order, ECF No. 58, are hereby EXTENDED by 60 days. Fact discovery will therefore close on **November 2, 2026.** In light of this extension, the pretrial conference scheduled for September 10, 2026 is hereby RESCHEDULED for **November 12, 2026, at 4:30 p.m.**

The Clerk of Court is directed to terminate ECF No. 93.

SO ORDERED.



July 8, 2026