**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ABRAHAM LOPEZ, ALEX PEREZ, CELSO IBAÑEZ, DONAL BARRIOS, EUGENIO REYES VALDEZ, GUSTAVO LAGUNA and RIGOBERTO PEREZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

Plaintiffs,

v.

PIO PIO NYC, INC.
d/b/a PIO PIO,
SIPAN RESTAURANT OF NEW YORK, INC.
d/b/a PIO PIO,
PIO PIO OCHO, INC.
d/b/a PIO PIO,
PIO PIO 34, INC.
d/b/a PIO PIO,
PIO PIO 85, INC.
d/b/a PIO PIO,
PIO PIO EXPRESS, INC.
d/b/a PIO PIO EXPRESS,
POLLOS A LA BRASA PIO, PIO, INC.
d/b/a PIO PIO,
PIO-PIO RESTAURANT, INC.
d/b/a PIO PIO,
EL PILLO INC.
d/b/a AMARU,
MOCHICA GROUP CORP.,
INES YALLICO, and AUGUSTO YALLICO,

Defendants.

**Case No.**: 1:25-cv-03998

**~~[PROPOSED]~~**
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants PIO PIO NYC, INC. d/b/a PIO PIO, SIPAN RESTAURANT OF NEW YORK, INC. d/b/a PIO PIO, PIO PIO OCHO, INC. d/b/a PIO PIO, PIO PIO 34, INC. d/b/a PIO PIO, PIO PIO 85, INC. d/b/a PIO PIO, PIO PIO EXPRESS, INC. d/b/a PIO PIO EXPRESS, POLLOS A LA BRASA PIO, PIO, INC. d/b/a PIO PIO, PIO-PIO RESTAURANT, INC. d/b/a PIO PIO, EL PILLO INC. d/b/a AMARU, MOCHICA GROUP CORP., INES YALLICO, and AUGUSTO YALLICO

(collectively "Defendants"), having offered to allow Plaintiffs ABRAHAM LOPEZ, ALEX PEREZ, CELSO IBAÑEZ, DONAL BARRIOS, EUGENIO REYES VALDEZ, GUSTAVO LAGUNA and RIGOBERTO PEREZ ("Plaintiff") to take a judgment against them, in the sum of Sixty Thousand Dollars and No Cents ($60,000.00) ("Judgment Amount"), inclusive of all interest, attorneys' fees, and costs incurred to the date of acceptance, to resolve all of Plaintiff's individual Fair Labor Standards Act claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 18, 2026 and filed as Exhibit A to Docket Number 95;

**WHEREAS**, on August 20, 2026, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 95);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs ABRAHAM LOPEZ, ALEX PEREZ, CELSO IBAÑEZ, DONAL BARRIOS, EUGENIO REYES VALDEZ, GUSTAVO LAGUNA and RIGOBERTO PEREZ, in the sum of $60,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 18, 2026 and filed as Exhibit A to Docket Number 95. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: August 21, 2026
New York, New York

U.S.D.J.

The Clerk of Court is directed to close the case. All motions are moot. All conferences are canceled.